996 A.2d 1064

Willie E. POLITE, Allen Ginn, Gregory Stover, Raymond Williams, Maurice Everett, Charles Poulson, Howard Gibson, Lawrence Belser, Roy Robinson, Petitioners

v.

PA. DEPARTMENT OF CORRECTIONS, Pa. Department of Probation and Parole, Respondents.

No. 20 EM 2010.

Supreme Court of Pennsylvania.

June 24, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of June, 2010, the Petition for Review, the Application for Summary Relief and the "Judgment by Default" are **DENIED.**

996 A.2d 1064

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael SIMPSON, Petitioner.**

No. 26 EM 2010.

Supreme Court of Pennsylvania.

June 24, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of June, 2010, the Petition for Allowance of Appeal, treated as a Petition for Relief Pursuant to Pa.R.A.P. 123, is **DENIED.**